**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01195-CV

### IN RE STEWART PHILLIP MCCRAY, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-02559**

## ORDER

The Court has before it real party in interest's September 3, 2013 motion for extension of time to file response to petition for writ of habeas corpus. The Court **GRANTS** the motion and **ORDERS** real party in interest to file her response by September 23, 2013.

/s/      LANA MYERS
         JUSTICE